UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA N.,<br><br>    Plaintiff,<br><br> v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | NO: 1:20-CV-3061-TOR<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT are the parties' Stipulated Motion for Remand and Stipulated Motion to Seal (ECF Nos. 16, 17, 18 (Amended)). The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 16, 18 (Amended)) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. §405(g), "to reassess, with the assistance of a

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

specialized medical expert, if available, the severity of the claimant's impairments, including her headaches and fibromyalgia; reevaluate the claimant's symptoms, consistent with 20 CFR 404.1529, 416.929, and SSR 16-3p; remove evidence not pertaining to the claimant; reassess the claimant's residual functional capacity consistent with 20 CFR 404.1545, 416.945, and SSR 96-8p, and proceed with the sequential evaluation, as necessary.  The Appeals Council will not disturb the disability finding beginning on February 25, 2017."

2. The Parties' Stipulated Motion to Seal (ECF No. 17) is **GRANTED**. Accordingly, the personal identifiable information in the transcript belonging to another claimant at ECF No. 11-13, is to be sealed.

3. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** February 23, 2021.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2